BRUNO & FERRARO, ESQS.
261 Park Avenue, Rutherford, NJ  07070  (201) 460-9494
Attorneys for Defendant: Candice Grado

|  |  |
|---|---|
| UNITED STATES<br><br>Plaintiff<br><br>vs.<br><br>CANDICE GRADO<br><br>Defendant. | : UNITED STATES DISTRICT COURT<br>: DOCKET NO. 05-00796-001<br>:<br>: CRIMINAL ACTION<br>: CONSENT ORDER |

This matter having come before the Honorable Faith S. Hochberg, U.S.D.J., United States District Court, upon the application of John J. Bruno, Jr., Esq., attorney for the defendant, Candice Grado, and with the consent of R. Joseph Gribko, A.U.S.A., Office of the U.S. Attorney, on behalf of the State, and for good cause shown;

**IT IS HEREBY ORDERED**, this 21st day of January, 2009, that the probationary term imposed in the above captioned matter is hereby terminated.

_____
HONORABLE FAITH S. HOCHBERG, U.S.D.J.

I hereby consent to the entry
of the within Order

_____
R. JOSEPH GRIBKO, A.U.S.A.